**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GUARDANT HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOUNDATION MEDICINE, INC. <br><br> Defendant. | C.A. No. 17-1616-LPS-CJB |
| GUARDANT HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> PERSONAL GENOME DIAGNOSTICS, INC., <br><br> Defendant. | C.A. No. 17-1623-LPS-CJB |

**MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE**

Defendants respectfully move this Court to schedule a teleconference to address an outstanding dispute regarding discovery matters.

As a result of previous correspondence with Chambers, Defendants will provide their opening submission by November 25, 2019, Plaintiff will provide its answering submission by December 3, 2019, and the parties will present their respective positions during a teleconference on December 9, 2019 at 2:00 p.m., with counsel for Defendants to initiate the call.

| | |
|---|---|
| Dated: November 18, 2019 | Respectfully submitted, |
| FARNAN LLP | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. |

| | |
|---|---|
| */s/ Brian E. Farnan* | */s/ David A. Bilson* |
| Brian E. Farnan (#4089) | John C. Phillips, Jr. (#110) |
| Michael J. Farnan (#5165) | David A. Bilson (#4986) |
| 919 North Market Street, 12th Fl. | 1200 North Broom Street |
| Wilmington, DE  19801 | Wilmington, DE 19806 |
| Tel:  (302) 777-0300 | Telephone: (302) 655-4200 |
| bfarnan@farnanlaw.com | Facsimile: (302) 655-4210 |
| mfarnan@farnanlaw.com | jcp@pgmhlaw.com |
| | dab@pgmhlaw.com |
| *Attorneys for Plaintiff  Guardant Health, Inc.* | *Attorneys for Defendant Personal Genome Diagnostics, Inc.* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*
Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@mnat.com
jtigan@mnat.com

*Counsel for Defendant Foundation Medicine, Inc.*