IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDANT HEALTH, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 17-1616 (LPS) (CJB) |
| FOUNDATION MEDICINE, INC., | ) ) ) | |
| Defendant. | ) ) | |
| GUARDANT HEALTH, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 17-1623 (LPS) (CJB) |
| PERSONAL GENOME DIAGNOSTICS, INC., | ) ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANTS' FOUNDATION MEDICINE, INC.
AND PERSONAL GENOME DIAGNOSTICS, INC.'S
<u>JOINT MOTION FOR SUMMARY JUDGMENT OF INVALIDITY</u>**

Pursuant to Federal Rule of Civil Procedure 56, Defendant Foundation Medicine, Inc. and Defendant Personal Genome Diagnostics, Inc. respectfully move this Court for summary judgment of invalidity pursuant to 35 U.S.C. §§ 112 and 102.

Defendants' submit the following documents in support of this Motion: (1) Defendants' Opening Brief in Support of Their Joint Motion for Summary Judgment of Invalidity; (2) the

Appendix and exhibits attached thereto[1]; and (3) the expert declarations of Stacey Gabriel, Ph.D., and Olivier Harismendy, Ph.D.

| PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ David A. Bilson<br>John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>dab@pgmhlaw.com<br><br>*Attorneys for Defendant Personal Genome Diagnostics, Inc.*<br><br>OF COUNSEL:<br><br>Joseph R. Re<br>Stephen W. Larson<br>Baraa Kahf<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>(949) 760-0404<br><br>William R. Zimmerman<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1717 Pennsylvania Avenue N.W.<br>Suite 900<br>Washington, DC 20006<br>(202) 640-6400<br><br>Yanna S. Bouris<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1925 Century Park East, Suite 600<br>Los Angeles, CA 90067<br>(310) 551-3450<br><br>December 10, 2019 | /s/ Jeremy A. Tigan<br>Karen Jacobs (#2881)<br>Jeremy A. Tigan (#5239)<br>Stephen J. Kraftschik (#5623)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>kjacobs@mnat.com<br>jtigan@mnat.com<br>skraftschik@mnat.com<br><br>*Attorneys for Foundation Medicine, Inc.*<br><br>OF COUNSEL:<br><br>Eric J. Marandett<br>G. Mark Edgarton<br>Sophie F. Wang<br>Diane Seol<br>John C. Calhoun<br>Xing-Yin Ni<br>CHOATE HALL & STEWART LLP<br>Two International Place<br>Boston, MA  02110<br>(617) 248-5000 |

---

[1] All citations to exhibits in the Opening Brief are included in Defendants' Joint Appendix in Support of Motion for Summary Judgment, filed contemporaneously with this Motion.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 10, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, Jr.<br>Michael J. Farnan<br>Brian E. Farnan<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff Guardant Health, Inc.* | *VIA ELECTRONIC MAIL* |
| Edward R. Reines<br>Derek C. Walter<br>Christopher M. Pistritto<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>*Attorneys for Plaintiff Guardant Health, Inc.* | *VIA ELECTRONIC MAIL* |
| Justin L. Constant<br>Doug W. McClellan<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1700<br>Houston, TX  77002-2755<br>*Attorneys for Plaintiff Guardant Health, Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Jeremy A. Tigan*
Jeremy A. Tigan (#5239)