# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDANT HEALTH, INC.,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>    v.<br><br>PERSONAL GENOME DIAGNOSTICS, INC.,<br><br>    Defendant/Counterclaim-Plaintiff. | C.A. No. 17-cv-1623-LPS-CJB |

## GUARDANT HEALTH, INC.'S MOTION TO STRIKE

Plaintiff Guardant Health, Inc. hereby moves to strike Personal Genome Diagnostics, Inc.'s prosecution history estoppel arguments from its summary judgment briefing (D.I. 431 at 7-9, 14-15, 18).  The basis for relief sought is contained in the letter brief filed contemporaneously herewith.

Pursuant to D. Del. LR 7.1.1, after conferring with defense counsel, Defendant opposes the relief requested.

| | |
|---|---|
| Dated:  January 2, 2020 | Respectfully submitted, |

FARNAN LLP

*/s/* Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone:  (302) 777-0300
Facsimile:   (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Reines (admitted *pro hac vice*)
Derek C. Walter (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3000
Facsimile:   (650) 802-3100
edward.reines@weil.com
derek.walter@weil.com

Justin L. Constant (admitted *pro hac vice*)
Doug W. McClellan (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1700
Houston, TX 77002-2755
Telephone:  (713) 546-5000
Facsimile:   (713) 224-9511
justin.contant@weil.com
doug.mcclellan@weil.com

*Attorneys for Plaintiff Guardant Health, Inc.*