# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDANT HEALTH, INC.<br><br>    Plaintiff/Counterclaim-<br>    Defendant<br><br>v.<br><br>PERSONAL GENOME DIAGNOSTICS, INC.,<br><br>    Defendant/Counterclaim-<br>    Plaintiff. | C.A. No. 17-cv-1623-LPS-CJB |

## NOTICE OF SUBSEQUENT AUTHORITY

Pursuant to D. Del. L.R. 7.1.2(b), Plaintiff/Counterclaim-Defendant ("Guardant") submits this Notice of Subsequent Authority in support of Guardant's Motion for Summary Judgment and Motion to Exclude the Testimony of Dr. Bradley Reiff (the "Motion"), D.I. 437 at 23, and Guardant's Objections to Certain Aspects of the April 22, 2020 Report and Recommendation (D.I. 550) (the "Objections"). D.I. 561 at 8–9.

Following submission of Guardant's Motion and Objections, the Eighth Circuit issued its decision in *Inline Packaging, LLC v. Graphic Packaging Int'l, LLC*, No. 18-3167, 2020 U.S. App. LEXIS 19061 (8th Cir. June 18, 2020), which is attached hereto as Exhibit A and provides guidance directly relevant to a *Walker Process* claim brought based on improper inventorship. Specifically, in affirming the district court's grant of summary judgment for the defendant on a *Walker Process* claim, the Eighth Circuit held that there was no *Walker Process* claim based on improper inventorship because none of the "alleged omitted co-inventor[s]" affirmatively claimed that they were the proper inventor of the patents-at-issue. *Id.* at *13–*14.

Guardant respectfully submits that this persuasive Circuit Court authority is directly relevant to the *Walker Process* claim brought against Guardant based on improper inventorship. Dr. Eltoukhy and Dr. Talasaz "[b]oth have consistently testified that Dr. Talasaz was the sole inventor of" the '731, '822, and '743 Patents.  D.I. 437 at 9–10; D.I. 561 at 8–9.  As a result, the only "alleged omitted co-inventor" identified by PGDx "affirmatively *disclaimed* inventorship." *Inline Packaging*, 2020 U.S. App. LEXIS 19061, at *13–*14 (emphasis in original).  Such a disclaimer precludes a *Walker Process* claim from proceeding.

| | |
|---|---|
| Dated: June 19, 2020 | Respectfully submitted, |
| | FARNAN LLP |
| | /s/ Michael J. Farnan |
| | Brian E. Farnan (Bar No. 4089) |
| | Michael J. Farnan (Bar No. 5165) |
| | 919 N. Market Street, 12th Floor |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 777-0300 |
| | Facsimile: (302) 777-0301 |
| | bfarnan@farnanlaw.com |
| | mfarnan@farnanlaw.com |
| | |
| | Edward R. Reines (admitted *pro hac vice*) |
| | Derek C. Walter (admitted *pro hac vice*) |
| | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| | Telephone: (650) 802-3000 |
| | edward.reines@weil.com |
| | derek.walter@weil.com |
| | |
| | Eric S. Hochstadt (admitted *pro hac vice*) |
| | WEIL, GOTSHAL & MANGES LLP |
| | 767 5th Avenue |
| | New York, NY 10153 |
| | Telephone: (212) 310-8538 |
| | eric.hochstadt@weil.com |
| | |
| | *Attorneys for Plaintiff* |