# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDANT HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> PERSONAL GENOME DIAGNOSTICS, INC., <br><br> Defendant. | C. A. No. 17-cv-1623-LPS-CJB <br><br> **FILED UNDER SEAL** |

## JOINT STATUS REPORT

Pursuant to the ███████████████████, the parties provide this joint status report. ███████████████████████████████████████████████████████ ███████████████████████████████ another status report by August 26, 2020.

| | |
|---|---|
| Dated: August 19, 2020 | Respectfully submitted, |
| FARNAN LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| */s Brian E. Farnan* <br> Brian E. Farnan (#4089) <br> Michael J. Farnan (#5165) <br> 919 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com | /s/ David A. Bilson <br> John C. Phillips, Jr. (#110) <br> David A. Bilson (#4986) <br> 1200 North Broom Street <br> Wilmington, DE 19806 <br> (302) 655-4200 <br> jcp@pmhdelaw.com <br> dab@pmhdelaw.com |
| *Attorneys for Guardant Health, Inc.* | *Counsel for Defendant Personal Genome Diagnostics, Inc.* |