# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDANT HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> PERSONAL GENOME DIAGNOSTICS, INC., <br><br> Defendant. | C. A. No. 17-cv-1623-LPS-CJB |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their counsel of record, stipulate to the dismissal with prejudice of all claims and counterclaims in this action, each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: August 31, 2020 | Respectfully submitted, |
| FARNAN LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| */s Brian E. Farnan* <br> Brian E. Farnan (#4089) <br> Michael J. Farnan (#5165) <br> 919 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Attorneys for Guardant Health, Inc.* | /s/ John C. Phillips, Jr. <br> John C. Phillips, Jr. (#110) <br> David A. Bilson (#4986) <br> 1200 North Broom Street <br> Wilmington, DE 19806 <br> (302) 655-4200 <br> jcp@pmhdelaw.com <br> dab@pmhdelaw.com <br><br> *Counsel for Defendant Personal Genome Diagnostics, Inc.* |