# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDANT HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> PERSONAL GENOME DIAGNOSTICS, INC., <br><br> Defendant. | C. A. No. 17-cv-1623-LPS-CJB |

## JOINT STATUS REPORT

Pursuant to the Stipulation Staying Case (D.I. 609), the parties provide this joint status report. The parties have reached an agreement and intend to sign within the next few days. With the Court's permission, the parties will either file a stipulation of dismissal or another status report by September 3, 2020.

| | |
|---|---|
| Dated: August 27, 2020 | Respectfully submitted, |
| FARNAN LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| */s Brian E. Farnan* <br> Brian E. Farnan (#4089) <br> Michael J. Farnan (#5165) <br> 919 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Attorneys for Guardant Health, Inc.* | /s/ David A. Bilson <br> John C. Phillips, Jr. (#110) <br> David A. Bilson (#4986) <br> 1200 North Broom Street <br> Wilmington, DE 19806 <br> (302) 655-4200 <br> jcp@pmhdelaw.com <br> dab@pmhdelaw.com <br><br> *Counsel for Defendant Personal Genome Diagnostics, Inc.* |